IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TIFFANY JEAN NASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-067 |
| | ) | |
| ELIZABETH FULLER HADDON, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Defendant Elizabeth Fuller Haddon removed this case to the Southern District of Georgia from the Superior Court of Richmond County on May 25, 2022. The same day, the Clerk of Court issued a Removal Notice to All Counsel of Record informing Plaintiff's Counsel if they intended to appear in the case in federal court, they must file a notice of appearance or motion for admission *pro hac vice* within ten days. (Doc. no. 3.) Attorneys David B. Bell and David B. Bell, Jr. who represented Plaintiff in Superior Court, have not made an appearance, nor has any other attorney appeared on behalf of Plaintiff.

By no later than June 10, 2022, Mr. Bell or Mr. Bell, Jr. shall file a notice of appearance or otherwise file a notice for the record who will be representing Plaintiff in this case. The Court **DIRECTS** the **CLERK** to serve this Order on Mr. Bell or Mr. Bell, Jr. by email and United States Mail and document the same on the record.

SO ORDERED this 7th day of June, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA