IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TIFFANY JEAN NASH, | * | |
| Plaintiff, | * | |
| v. | * | |
| ELIZABETH FULLER HADDON, | * | CV 122-067 |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 28.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

ORDER ENTERED at Augusta, Georgia, this 23rd day of March, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA